C. A. No. 77-100. STATE *v.* HARRY SHARBUNO, JR. The defendant's motion to reargue or in the alternative for a decision on the merits is denied. *Julius C. Michaelson,* Attorney General, *E. Martin Stutchfield,* Special Assistant Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Bruce G. Pollock,* Assistant Public Defender, for defendant.

C. A. No. 78-244. STATE *v.* MICHAEL DOREGO. The state's motion to dismiss the appeal as moot is granted. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, for defendant.

APPEAL No. 77-59. IN RE MAO TAN EARLE, IN RE ELIZABETH EARLE. Appellee's motion to dismiss the appeal as moot is granted. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, for appellants. *Raymond E. Shawcross,* Chief Legal Counsel, Department of Social and Rehabilitative Services, Child Welfare Services, for appellee.

November 29, 1978.

APPEAL No. 73-158. MARY B. WARD *v.* BERNARD J. WARD. This matter came on to be heard on a show cause order issued by this court on October 26, 1978.

No cause having been shown by the parties, the appeal in the above-entitled matter is dismissed. *Kathleen Managhan, Joseph T. Houlihan,* for plaintiff. *Alfred Factor,* for defendant..